# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY BLACK, | ) Case No. CV 10-4677 SJO (MRW) |
|     Petitioner, | ) |
| vs. | ) JUDGMENT |
| LEROY BACA, et al., | ) |
|     Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: June 25, 2011

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE